CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 MAY 21 PM 1:29

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

DESWAN NEWSOME

No. 2-15CR-062-J

# INDICTMENT

The Grand Jury Charges:

## Count One
Attempted Sex Trafficking of a Child
(Violation of 18 U.S.C. §§ 1594(a), 1591(a)(1), and 18 U.S.C. § 2)

From on or about March 30, 2015, through on or about April 3, 2015, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Deswan Newsome,** defendant, knowingly attempted to recruit, entice, harbor, transport, provide, obtain, and maintain by any means, in and affecting interstate and foreign commerce, "A.M.," knowing, and in reckless disregard of the fact, that "A.M." had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1594(a), 1591(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL:

FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

TIMOTHY G.E. HAMMER
Assistant United States Attorney
Kansas State Bar No. 10652
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2345
Facsimile: 806-324-2399
E-Mail: timothy.hammer@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

DESWAN NEWSOME

# INDICTMENT

Attempted Sex Trafficking of a Child, and Aiding and Abetting
(Violation of 18 U.S.C. §§ 1594(a), 1591(a)(1) and 18 U.S.C. § 2)

(1 COUNT)

A true bill rendered:

Amarillo ______________________________ FOREPERSON

Filed in open court this 21st day of May, A.D. 2015

Clerk

ARREST WARRANT TO ISSUE

UNITED STATES DISTRICT JUDGE